

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Lisa Fay Bell, Appellant

No. 06-24-00106-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 50079-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and the bill of costs by subtracting $357.00 in attorney fees assessed during the adjudication proceedings from the total assessment of $929.50, leaving a balance of $572.50 in attorney fees. As modified, we affirm the judgment of the trial court.

We note that the appellant, Lisa Fay Bell, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk